STATE OF NEW JERSEY v. JOSEPH BAKER.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SOMERSET CENTRAL
CORPORATION, ET AL.

June 23, 1987.

Petition for certification denied.

BETTY A. SCHRIEK v. RICHARD SCHRIEK.

June 23, 1987.

Petition for certification denied.

GLENN TURNER v. NEW JERSEY DEPARTMENT
OF CORRECTIONS.

June 23, 1987.

Petition for certification denied.